Clifton R. Jessup, Jr.
State Bar No. 10655020
Bruce H. White
State Bar No. 21288850
Bryan L. Elwood
State Bar No. 24029535
GREENBERG TRAURIG, LLP
2200 Ross Ave., Suite 5200
Dallas, Texas 75201
Telephone: 214-665-3600
Facsimile: 214-665-5938

*Counsel for Opus West Corporation,
Opus West Construction Corporation, and
O.W. Commercial, Inc.*

Peter Franklin
State Bar No. 07378000
Doug Skierski
State Bar No. 24008046
Erin K. Lovall
State Bar No. 24032553
FRANKLIN SKIERSKI LOVALL HAYWARD, LLP
10501 N. Central Expressway, Suite 106
Dallas, Texas 75231
Telephone: 972-755-7100
Facsimile: 972-755-7110

*Counsel for Opus West LP and
Opus West Partners, Inc.*

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **OPUS WEST CORPORATION, et al.,**[1] | **Case No. 09-34356-hdh-11** |
| Debtors. | **Jointly Administered** |

### NOTICE OF (1) LEASES TO BE ASSUMED AND ASSIGNED AND (2) PROPOSED CURE AMOUNTS
[Docket Nos. 9, 245, and 287]

**PLEASE TAKE NOTICE THAT** on July 28, 2009, the United States Bankruptcy Court for the Northern District of Texas (the "**Court**") entered an order (the "**Procedures Order**") on the joint motion (the "**Motion**") filed as Docket No. 9 with the Court by the above-captioned debtors and debtors-in-possession (collectively, the "**Debtors**") for entry of an order pursuant to Sections 105, 363(b), (f), and (m), and 365 of Title 11 of the United States Code and Rules 2002, 6004, and 6006 of the Federal Rules of Bankruptcy Procedure: (1) approving the proposed bidding procedures related to the disposition of certain assets of the Debtors; (2) approving the

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Opus West Corporation (1533); Opus West Construction Corporation (5917); Opus West LP (5535); Opus West Partners, Inc. (5537); and O.W. Commercial, Inc. (9134).

**NOTICE OF (1) LEASES TO BE ASSUMED AND ASSIGNED
AND (2) PROPOSED CURE AMOUNTS - Page 1**
*DAL 77,679,536v1*

form, extent, and manner of notice of the proposed cure amounts, auction, and final hearing; and (3) granting related relief. Capitalized terms used but not otherwise defined herein shall have the meaning given to them in the Procedures Order. A true and correct copy of the Procedures Order and Motion may be obtained upon request made to Debtors' counsel.

**PLEASE TAKE FURTHER NOTICE THAT** on August 27, 2009, the Debtors and their professionals conducted an Auction of certain of the Debtors' property.

**PLEASE TAKE FURTHER NOTICE THAT** pursuant to the results of the Auction, the Debtors seek to assume and assign only those certain unexpired real property leases listed on Exhibit "A" attached hereto, which exhibit is incorporated herein by reference (collectively, the "**Assigned Leases**"), to PCCP, LLC, or its designee (the "**Buyer**").

**PLEASE TAKE FURTHER NOTICE THAT** the Debtors propose to pay the proposed cure amounts set forth on Exhibit "A" from the proceeds of the sale to the Buyer.

**PLEASE TAKE FURTHER NOTICE THAT** the Debtors do not at this time seek to assume, reject, or assume and assign any other unexpired real property leases and/or executory contracts to which any of the Debtors may be a party, other than the specified Assigned Leases.

Dated: August 27, 2009

Respectfully Submitted,

/s/ Clifton R. Jessup, Jr.
Clifton R. Jessup, Jr.
State Bar No. 10655020
Bruce H. White
State Bar No. 21288850
Bryan L. Elwood
State Bar No. 24029535
GREENBERG TRAURIG, LLP
2200 Ross Ave., Suite 5200
Dallas, Texas 75201
Telephone: 214-665-3600
Facsimile: 214-665-5938
E-mail: jessupc@gtlaw.com
whiteb@gtlaw.com
elwoodb@gtlaw.com

*Counsel for Opus West Corporation,
Opus West Construction Corporation, and
O.W. Commercial, Inc.*

-and-

/s/ Peter Franklin
Peter Franklin
State Bar No. 07378000
Doug Skierski
State Bar No. 24008046
Erin K. Lovall
State Bar No. 24032553
FRANKLIN SKIERSKI LOVALL HAYWARD, LLP
10501 N. Central Expressway, Suite 106
Dallas, Texas 75231
Telephone: 972-755-7100
Facsimile: 972-755-7110
E-mail: pfranklin@fslhlaw.com
dskierski@fslhlaw.com
elovall@fslhlaw.com

*Counsel for Opus West LP and
Opus West Partners, Inc.*

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on August 27, 2009, a true and correct copy of the foregoing was served via (1) first-class U.S. mail, postage pre-paid to those on the attached service list, and (2) facsimile transmission to the parties listed below.

/s/ *Mugdha S. Kelkar*
Mugdha S. Kelkar

Alcatel-Lucent USA Inc.
Attention: Lease Administration
3400 West Plano Parkway
Plano, TX 75075
Fax No.: (972) 477-7537

Southwestern Carpets, Ltd.
2525 S.H. 121, Suite A
Lewisville, Texas 75056
Attn: William E. McCaddon, President
Fax No.: (972) 395-7250

Decorator's Choice
2525 S.H. 121, Suite B
Lewisville, Texas 75057
Attn: Charles E. Bigelow
Fax No.: (888) 824-4665

Mustang Electric
2525 E. S.H. 121Building 2, Suite 300
Lewisville, Texas 75056
Fax No.: (972) 221-7225

Phil Russick
PCCP, LLC
3600 American River Drive, Suite 225
Fax No. (916) 484-0800

G. Larry Engel
425 Market Street
San Francisco, CA 94105-2482
Fax No. (415) 268-7522

# Exhibit "A"

## List of Assumed and Assigned Leases and Proposed Cure Amounts

| Assumed and Assigned Lease | Proposed Cure Amounts |
|---|---|
| *Industrial/Warehouse Lease*, dated April 14, 2008, as amended, by and between Opus West LP and Alcatel-Lucent USA Inc., as successor-in-interest to Alcatel USA Sourcing, Inc. (121 Lakepointe Phase I) | $4,944,480.01 |
| *Multi-Tenant Industrial/Warehouse Lease*, dated September 8, 2006, by and between Opus West LP and Southwestern Carpets, Ltd. (121 Lakepointe Phase II) | $0.00 |
| *Multi-Tenant Industrial/Warehouse Lease*, dated June 25, 2008, by and between Opus West LP and Home Décor Solutions Limited (121 Lakepointe Phase II) | $0.00 |
| *Multi-Tenant Industrial/Warehouse Lease*, dated October 8, 2008, by and between Opus West LP and Mustang Electric Supply, LLC (121 Lakepointe Phase II) | $122.65 |

**In re Opus West Corporation, et al.**
**Case No. 09-34356**
**Official Service List as of August 27, 2009**

California Bank & Trust
Real Estate Finance Group
2929 North Central Avenue
Suite 1200
Phoenix, Arizona 85012

Compass Bank
Commercial Real Estate Department
2850 E. Camelback Road, Suite 140
Phoenix, AZ 85016

Guaranty Bank
Attn: Cliff Ogle
8333 Douglas Ave.
Dallas, TX 75225

JPMorgan Chase Bank, N.A.
AZ1 1319 – 20th Floor
201 North Central Avenue
Phoenix, AZ 85004

KeyBank
Income Property Group
The Lakes on Post Oak
3050 Post Oak Blvd., Suite 500
Houston, Texas 77056

M&I Institutional Real Estate Group
1110 N. Old World Third St.
Milwaukee, Wisconsin 53203

MidFirst Bank
MidFirst Plaza
501 N.W. Grand Blvd.
Oklahoma City, OK 73118-6054

Regions Commercial Real Estate
Feather Sound Corporate Center
Building 1, Suite 610
13535 Feather Sound Drive
Clearwater, Florida 33762

Union Bank of California
Real Estate Special Assets
350 California Street, 7th Floor
San Francisco, CA 94104

Wells Fargo Bank (Wachovia)
Attn: Thomas Kozlark
375 Park Avenue, MC 4062
New York, NY 10152

Bank of America
Attn: Stephen M. Fenton
201 East Washington, 22nd Floor
Phoenix, AZ 85004

Bank of the West
c/o John G. Sestak, Jr.
Jennings, Strouss & Salmon P.L.C.
201 E. Washington St., 11th Floor
Phoenix, AZ 85004-2385

U.S. Bank
Attn: Ziad Amra
BC-MN-H22A
800 Nicollet Mall
Minneapolis, MN 55402

American Structural Metal
777 Lehmann Way
Somerset, WI 54025

Potter Concrete Co., Inc.
4820 Gretna Street
Dallas, TX 75207

RL Murphey Commercial Roof Systems
P.O. Box 36
Justin, TX 76247-0036

Green Fire Systems Texas
1375 River Bend Drive
Dallas, TX 75247

Trainor Glass Company
148 Enterprise Boulevard
Atlanta, GA 30336

Central Minn Fabricating
2725 West Gorton Avenue
Willmar, MN 56201

City of Sacramento
915 L Street, 4th Floor
Sacramento, CA 95814

Construction 70 Inc.
P.O. Box 62345
Phoenix, AZ 85082

HACI Mechanical Contractors Inc.
2108 West Shangri La Road
Phoenix, AZ 85029-4812

Ennis Steel Industries Inc.
204 Metro Park Boulevard
Ennis, TX 75119

Venture Mechanical Inc.
2222 Century Circle
Irving, TX 75062

Tas Commercial Concrete Construction
2727 LBJ Freeway, Suite 1000
Dallas, TX 75234

Coreslab Structures of Texas, Inc.
15916 Anderson Mill Road
Cedar Park, TX 78613

Top Grade Construction, Inc.
50 Contractors Street
Livermore, CA 94551-4863

HACI Mechanical Contractors, Inc.
2108 West Shangri La Rd.
Phoenix, AZ 85029

Ennis Steel Industries, Inc.
204 Metro Park Blvd.
Ennis, TX 75119

Venture Mechanical, Inc.
2222 Century Circle
Irving, TX 75062

Preston Pipelines Inc.
133 Bothelo Avenue
Milpitas, CA 95035

Miller Builders
12813 Webercrest
Houston, TX 77048

TW Steel Corp
1100 North Hamilton Street
Chandler, AZ 85225

JEN Electric
7469 E. Monte Cristo Ave.
Scottsdale, AZ 85260

Fox Electric Ltd.
P.O. Box 13338
Arlington, TX 76094

Keystone Concrete Placement
16575 Village Drive
Houston, TX 77040

Griffith Company
2020 S. Yale Street
Santa Ana, CA 92704

Landscape Development Services
3714 Old Settlers Road
Flower Mound, TX 75022

United States Trustee
1100 Commerce Street, Rm. 976
Dallas, Texas 75242

Nathan Allen, Jr., Esq.
Jones, Allen & Fuquay, L.L.P.
8828 Greenville Avenue
Dallas, TX 75243

Lyndel Anne Mason, Esq.
Cavazos Hendricks Poirot & Smitham, P.C.
900 Jackson Street, Suite 570
Dallas, TX 75202

Michael D. Warner, Esq.
Warner Stevens, L.L.P.
301 Commerce Street, Suite 1700
Fort Worth, TX 76102

Architectural Building Systems Inc.
1016 West Austin
Conroe, TX 77301-2206

Allstate Energy Inc.
1717 West 3rd Street
Tempe, AZ 85281

Sinclair Concrete
7205 Church Street
Penryn, CA 95663

King of Texas Roofing Company, LP
117 South Gilbert Road
Grand Prairie, TX 75050

Brian Cox Mechanical, Inc.
12155 Kirkham Road
Poway, CA 92064

Ben's Asphalt Inc.
2200 S. Yale Street
Santa Ana, CA 92711

CBC Restaurants Corp. 120
P.O. Box 844288
Dallas, TX 75248-4288

Internal Revenue Service
Special Procedures - Insolvency
P.O. Box 21126
Philadelphia, PA 19114

Keith Miles Aurzada, Esq.
Bryan Cave, LLP
2200 Ross Avenue, Suite 3300
Dallas, TX 75201

Laura L. Worsham, Esq.
Jones, Allen & Fuquay, L.L.P.
8828 Greenville Avenue
Dallas, TX 75243

Arnaldo N. Cavazos, Jr.
Cavazos Hendricks Poirot & Smitham, P.C.
900 Jackson Street, Suite 570
Dallas, TX 75202

Ralph C. Perry-Miller/Micheal W. Bishop/H. Joseph Acosta
Looper Reed & McGraw, P.C.
1601 Elm St., Ste. 4100
Dallas, TX 75201

Bergelectric Corp
650 Opper Street
Escondido, CA 92029

Hurst Electric LP
136 South Norwood Drive
Hurst, TX 76053

S&T Plumbing Inc.
804 West Shady Grove Road
Irving, TX 75060-5863

Baker Drywall
15534 W Hardy Rd
Houston, TX 77060

Performance Electric
11302 Windfern
Houston, TX 77064

Pei Wei Asian Diner
7676 E. Pinnacle Peak Road
Scottsdale, AZ 85255

Southwest Construction Svcs
11430 Newkirk Street
Dallas, TX 75229

Attorney General of Texas
Office of the Attorney General
1412 Main Street, Suite 810
Dallas, TX 75202

Bryce A. Suzuki, Esq.
Bryan Cave, LLP
1 Renaissance Square, No. 2200
2 North Central Avenue
Phoenix, AZ 85004-4406

David H. Lee, Esq.
Sidley Austin, LLP
787 Seventh Avenue
New York, NY 10019

David R. Kuney, Esq.
Sidley Austin, LLP
1501 K Street, N.W.
Washington, DC 20005

John Paul Stanford
Quilling, Selander, Cummiskey, & Lownds, P.C.
2001 Bryan St., Ste. 1800
Dallas, TX 75201

Nancy H. Hamren
Coats, Rose, Yale, Ryman & Lee, P.C.
3 East Greenway Plaza, Ste. 2000
Houston, TX 77046

Karen Ensley
Cutler Smith, P.C.
3838 Oak Lawn, Ste. 1650
Dallas, Texas 75219

Carolyn J. Johnsen
Jennings, Strouss & Salmon, P.L.C.
201 East Washington Street
Phoenix, AZ 85004-2385

Deirdre B. Ruckman
Gardere Wynne Sewell LLP
1601 Elm St., Ste. 3000
Dallas, TX 75201

Michael Reed
McCreary, Veselka, Bragg &
Allen, P.C.
P.O. Box 1269
Round Rock, TX 78680

John P. Dillman
Linebarger Goggan
Blair & Sampson, LLP
P.O. Box 3064
Houston, TX 77253-3064

W.J. Maloney Plumbing Co., Inc.
c/o Gregory J. Gnepper
Gammage & Burnham P.L.C.
Two North Central Avenue, 18th Floor
Phoenix, AZ 85004

Top Grade Construction, Inc.
Attn: Scott Blaine, CFO
50 Contractors Street
Livermore, CA 94551-4863

Matthew K. Davis/Chad Berry
Jones & Davis, L.L.P.
15851 Dallas Parkway, Ste. 1220
Addison, TX 75001

Scott T. Citek, Esq.
Lamm & Smith, P.C.
3730 Kirby Drive, Suite 650
Houston, TX 77098

Thomas O. Kelly/Mark J. Kalla
Dorsey & Whitney LLP
50 South Sixth St., Ste. 1500
Minneapolis, MN 55402-1498

Jeffrey R. Fine/Daniel I. Morenoff
K&L Gates L.L.P.
1717 Main St., Ste. 2800
Dallas, TX 75201

Lynn Chuang Kramer
Munsch Hardt Kopf & Harr, P.C.
700 Louisiana St., Ste. 4600
Houston, TX 77002

Andrea Sheehan
Law Offices of Robert E. Luna, P.C.
4411 N. Central Expressway
Dallas, TX 75205

John C. Leininger
Bryan Cave, LLP
2200 Ross Ave., Ste. 3300
Dallas, TX 75201

James D. Cupples
Williams, Cupples & Chapman, L.L.P.
1331 Gemini, Suite 201
Houston, TX 77058-2729

Phillip G. Vermont
Randick O'Dea & Tooliatos, LLP
5000 Hopyard Rd., Ste. 400
Pleasanton, CA 94588

Diane W. Sanders
Linebarger Goggan Blair & Sampson
2700 Via Fortuna Dr., Ste. 400
P.O. BOX 17428
Austin, TX 78760-7428

Josiah M. Daniel/Angela B. Degeyter
Vinson & Elkins
2001 Ross Avenue, Suite 3700
Dallas, TX 75201-2975

Robert J. Ffrench
Law Offices of Robert J. Ffrench, P.C.
9337B Katy Freeway, No. 334
Houston, TX 77024

Elizabeth Banda
Perdue, Brandon, Fielder, Collins
& Mott, L.L.P.
P.O. Box 13430
Arlington, TX 76094

Laurie Spindler Huffman
Linebargar Goggan
Blair & Sampson, LLP
2323 Bryan St., Ste. 1600
Dallas, TX 75201

Bruce W. Akerly / Heather Jobe
Bell Nunnally & Martin LLP
1400 One McKinney Plaza
3232 McKinney Avenue
Dallas, Texas 75204-2429

Craig E. Power
Cokinos, Bosien & Young
Four Houston Center
1221 Lamar St., 16th Floor
Houston, TX 77010

Pillsbury Winthrop Shaw Pittman LLP
Attn: Philip S. Warden/Ana N.
Damonte
50 Fremont St.
P.O. Box 7880
San Francisco, CA 94120-7880

Michael S. Mitchell
Michael S. Mitchell, P.C.
Plains Capital Bank Building
18111 N. Preston Rd., Ste. 810
Dallas, TX 75252

Jeffrey A. Shadwick
Andrews Myers Coulter & Hayes, P.C.
3900 Essex Lane, Ste. 800
Houston, TX 77027

Jay K. Farwell
The Gardner Law Firm
745 East Mulberry Ave., Ste. 500
San Antonio, TX 78212

Michael R. Rochelle
Scott M. DeWolf
Rochelle McCullough LLP
325 N. St. Paul, Ste. 4500
Dallas, TX 75201

Vincent J. Novak
Morrison & Foerster LLP
425 Market St.
San Francisco, CA 94105-2482

Garrin Fant
Cutler Smith, P.C.
3838 Oak Lawn, Ste. 1650
Dallas, TX 75219

Brian Long
11520 North Community House Rd.
Suite 175
Charlotte, NC 28277

Daren Perkins
JP Morgan Chase, N.A.
P.O. Box 655415, TX1-2670
700 N. Pearl St., 15th Fl.
Dallas, TX 75201

Martha E. Romero
Romero Law Firm
BMR Professional Building
6516 Bright Ave.
Whittier, CA 90601

George L. Engel
Morrison & Foerster LLP
425 Market St.
San Francisco, CA 94105-2482