IN RE: Opus West Corporation
DEBTOR

Motion to Sell (11)
TYPE OF HEARING

Opus West Corporation
PLANTIFF / MOVANT

VS

DEFENDANT / RESPONDENT

Clifton Jessup / Bruce White
ATTORNEY

ATTORNEY

EXHIBITS

Debtors: 1-11

(See exhibit list)

REPORTED BY J. Bergren

HEARING DATE 8/27/2009

JUDGE PRESIDING HOH