| | |
|---|---|
| Clifton R. Jessup, Jr. | Peter Franklin |
| State Bar No. 10655020 | State Bar No. 07378000 |
| Bruce H. White | Doug Skierski |
| State Bar No. 21288850 | State Bar No. 24008046 |
| Bryan L. Elwood | Erin K. Lovall |
| State Bar No. 24029535 | State Bar No. 24032553 |
| GREENBERG TRAURIG, LLP | FRANKLIN SKIERSKI |
| 2200 Ross Ave., Suite 5200 |   LOVALL HAYWARD, LLP |
| Dallas, Texas 75201 | 10501 N. Central Expressway, Suite 106 |
| Telephone: 214-665-3600 | Dallas, Texas 75231 |
| Facsimile: 214-665-5938 | Telephone: 972-755-7100 |
| | Facsimile: 972-755-7110 |
| *Counsel for Opus West Corporation and* | |
| *Opus West Construction Corporation* | *Counsel for Opus West LP* |

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| **OPUS WEST CORPORATION,** *et al.*,[1] | Case No. 09-34356-hdh-11 |
| Debtors. | Jointly Administered |

## NOTICE OF HEARING
[Docket No. 638]

PLEASE TAKE NOTICE that a hearing on the *Expedited Motion for Order (1) Resetting Confirmation Hearing to January 27, 2010, at 2:30 p.m. (Prevailing Central Time) and (2) Extending Voting Deadline to January 20, 2010, at 4:30 p.m.(Prevailing Central Time)* [Docket No. 638] (the "**Motion**") filed by the Debtors[2] shall be held on **Wednesday, January 6, 2010, at 1:30 p.m.**, in the Courtroom of the Honorable Harlin D. Hale, located at 1100 Commerce Street, 14th Floor, Dallas, Texas 75242.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Opus West Corporation (1533); Opus West Construction Corporation (5917); Opus West LP (5535); Opus West Partners, Inc. (5537); and O.W. Commercial, Inc. (9134).

[2] The term "Debtors" as used in this Motion shall not include related debtors O.W. Commercial, Inc. or Opus West Partners, Inc., each of which are expressly excluded from the terms of the Plan (as defined in the Motion).

Dated:  January 5, 2010         Respectfully Submitted,

 /s/  Clifton R. Jessup, Jr.
Clifton R. Jessup, Jr.
State Bar No. 10655020
Bruce H. White
State Bar No. 21288850
Mugdha S. Kelkar
State Bar No. 24050860
GREENBERG TRAURIG, LLP
2200 Ross Ave., Suite 5200
Dallas, Texas 75201
Telephone: 214-665-3600
Facsimile: 214-665-5938
E-mail:  jessupc@gtlaw.com
            whiteb@gtlaw.com
            elwoodb@gtlaw.com

*Counsel for Opus West Corporation, and
Opus West Construction Corporation*

-and-

 /s/  Peter Franklin
Peter Franklin
State Bar No. 07378000
Doug Skierski
State Bar No. 24008046
Erin K. Lovall
State Bar No. 24032553
FRANKLIN SKIERSKI LOVALL HAYWARD, LLP
10501 N. Central Expressway, Suite 106
Dallas, Texas 75231
Telephone: 972-755-7100
Facsimile: 972-755-7110
E-mail:  pfranklin@fslhlaw.com
            dskierski@fslhlaw.com
            elovall@fslhlaw.com

*Counsel for Opus West LP*